IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 13-04022-01-CR-C-BP |
| STEFAN KODA WILLIAMS, | ) | |
| Defendant. | ) | |

## ORDER

This case comes before the Court on Defendant Stefan Koda Williams's Motion to Suppress. (Doc. 19.) United States Magistrate Judge Matt J. Whitworth has recommended that this motion be denied. (Doc. 24.) Defendant filed objections. (Doc. 30.)

After an independent and careful review, the Court hereby **ADOPTS** Judge Whitworth's Report and Recommendation. Accordingly, Defendant's Motion to Suppress is **DENIED**.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: 11/14/2013