IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI CENTRAL
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13-04022-01-CR-C-SRB |
| | ) |
| STEFAN KODA WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Count One of the Indictment filed on March 20, 2013 is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

        /s/ Stephen R. Bough
        Stephen R. Bough
        UNITED STATES DISTRICT COURT

Dated: March 10, 2015